# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2025-1375

—————————————————

S.S. and K.S.,

    Appellants,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

—————————————————

On appeal from the Department of Children and Families.
Tina Cain, Welfare Director.

August 22, 2025

PER CURIAM.

    DISMISSED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Sidney L. Matthew of Sidney L. Matthew, P.A., Tallahassee, for Appellants.

Camille Larson, Department of Children and Families, Tallahassee, for Appellee.